UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:15 CR 59 |
| | ) | |
| DRAKKAR BOYD | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

Comes now the United States of America, by counsel, David Capp, United States Attorney for the Northern District of Indiana, and files the below sentencing memorandum addressing the Title 18, U.S.C. Section 3553 factors.

Title 18, United States Code Section 3553(a) sets forth a number of factors, including but not limited to the nature and circumstances of the offense and the history and characteristics of the defendant; the need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law, and provide just punishment; and the need for the sentence imposed to afford adequate deterrence and protect the public.

With a total offense level of 19 and a criminal history category of III in the presentence report, the advisory guideline sentencing range is 37 to 46 months imprisonment.  It is the government's position that a sentence of 37

1

months imprisonment, which is at the minimum of the advisory guideline range, is justified based upon analysis of the Section 3553(a) factors in this case, and the government believes such a sentence is a fair and reasonable sentence under all circumstances based on the following factors:

 I. <u>Nature and Circumstances of the Offense</u>

Regarding the "nature and circumstances of the offense," the offense involved the defendant, as a felon, concealing a sawed-off shotgun in his pant leg, fleeing from police, and tossing the sawed-off shotgun over a fence. PSR ¶ 10. The defendant has committed a serious crime, and a sentence of 37 months imprisonment is justified based on the nature and circumstances of the offense.

 II. <u>"History and Characteristics of the Defendant"</u>

Regarding the history and characteristics of the defendant, the defendant has a prior felony conviction in 2014 for robbery, which involved the defendant grabbing and taking a purse from a woman by the use or threatened use of force. PSR ¶ 31. The defendant was sentenced to three years imprisonment, which was suspended, to be served on probation. PSR ¶ 31. The defendant committed the instant offense of possessing a firearm as a felon while on probation for this robbery conviction. PSR ¶¶ 31, 33. This criminal

2

history displays a defendant who has not been deterred from criminal firearm possession by his prior felony conviction or his probationary sentence. This criminal history militates in favor of a sentence of imprisonment in the instant case.

Regarding the "history and characteristics of the defendant," the defendant informed the Probation Department that his family life growing up was fair, and he stated that he was not able to have what he wanted but his mother did her best to provide for the family. PSR ¶ 41. The defendant stated that there were no dysfunctions or abuse at home. PSR ¶ 41. In addition, the defendant has one child, born in 2014, and this child lives with the child's mother, whom the defendant has been dating for four years. PSR ¶ 45. The defendant does not have a drug or alcohol problem. PSR ¶¶ 51-52. The defendant has attended at least part of 11th grade at Hammond High School, but he has not yet graduated or completed a GED. PSR ¶¶ 53-54. The defendant has no employment history. PSR ¶ 55.

The balance of the aggravating and mitigating factors that encompass the defendant's history and characteristics militate in favor of a sentence of 37 months imprisonment.

    III.   <u>Seriousness of the Offense, Respect for the Law, Just Punishment, Deterrence, and Protection of the Public</u>

Section 3553 requires the court to consider "the need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law, and provide just punishment," in addition to requiring the court to consider "the need for the sentence imposed to afford adequate deterrence to criminal conduct; and to protect the public from further crimes of the defendant." Possessing a sawed-off shotgun while on felony probation for a robbery conviction is a very serious offense.

The defendant's instant offense occurred only a little more than two months after being sentenced to three years of probation for his 2014 robbery offense. His prior sentence of probation did not deter him from committing the instant serious offense. The defendant's history of threatened use of violence and his illegal firearm possession in the instant case militate in favor of a sentence of 37 months imprisonment to protect the public from further crimes of the defendant. A sentence of 37 months imprisonment will promote respect for the law and provide just punishment for the offense as well. The balance of the aggravating and mitigating factors under Section 3553 weigh strongly in favor of a sentence of 37 months imprisonment as a fair and just sentence under all circumstances.

4

CONCLUSION

WHEREFORE, based upon the balance of all Section 3553 factors, the government respectfully requests the Court sentence the defendant to a term of imprisonment of 37 months, followed by a term of supervised release in the Court's discretion.

                                Respectfully submitted,

                                DAVID CAPP
                                UNITED STATES ATTORNEY

BY:   /s/Dean R. Lanter
       Dean R. Lanter
       Assistant United States Attorney
       5400 Federal Plaza, Suite 1500
       Hammond, Indiana   46320
       Tel:   (219) 937-5500
       Fax:   (219) 852-2770
       E-mail:   Dean.Lanter@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:15 CR 59 |
| | ) | |
| DRAKKAR BOYD | ) | |

Certificate of Service

The undersigned certifies that he is an employee in the Office of the U.S. Attorney for the Northern District of Indiana and is a person of such age and discretion as to be competent to serve papers; that on October 6, 2015, Matthew Soliday, Attorney for the Defendant, was served electronically.

BY:   /s/Dean R. Lanter
Dean R. Lanter
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana   46320
Tel:   (219) 937-5500
Fax:  (219) 852-2770
E-mail:   Dean.Lanter@usdoj.gov