**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>        Plaintiff,<br><br>vs.<br><br>**DRAKKAR BOYD**<br><br>        Defendant. | **CASE NUMBER: 2:15CR59-001**<br>**USM Number: 14193-027**<br><br>**MATTHEW D SOLIDAY - FCD**<br>**DEFENDANT'S ATTORNEY** |

**JUDGMENT IN A CRIMINAL CASE**

**THE DEFENDANT** pleaded guilty to count 1 of the Indictment on 7/22/2015.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 18:922(g)(1) FELON IN POSSESSION OF A FIREARM AND FORFEITURE ALLEGATION | 4/15/2015 | 1 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 2 of the Indictment is DISMISSED on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

November 30, 2015
Date of Imposition of Judgment

s/ Philip P. Simon
Signature of Judge

Philip P. Simon, Chief United States District Judge
Name and Title of Judge

December 2, 2015
Date

Defendant: DRAKKAR BOYD
Case Number: 2:15CR59-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **37 months.**

The Court makes the following recommendations to the Bureau of Prisons:

    The Court recommends that the Bureau of Prisons designate a BOP facility as near to Northwest Indiana as long as that facility is appropriate to the defendant's needs.

The defendant is REMANDED to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____,
with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **1 year.**

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

The defendant shall submit to one drug test within 15 days of release from imprisonment and two (2) periodic drug tests thereafter, as determined by the Court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

## DISCRETIONARY CONDITIONS OF SUPERVISION

1. The defendant shall not travel knowingly outside the district without the permission of the probation officer, who shall grant such permission unless the travel would hinder the defendant's rehabilitation or present a public safety risk.

2. The defendant shall report to the probation officer in the manner and as frequently as directed by the court or probation officer.

3. The defendant shall not answer falsely any inquiries by the probation officer and follow the instructions of the probation officer as they relate to the conditions imposed by the Court.

4. If financially able to do so, the defendant shall provide financial support to his dependents. Financial support means providing shelter, food and clothing.

5. The defendant shall use his best efforts to work at a lawful occupation unless he is excused by the probation officer for schooling, training or other acceptable reasons such as child care, elder care, disability, age or serious health condition.

6. The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. In the event that a defendant is involuntarily terminated from employment or evicted from a residence, the offender must notify the Probation Officer within forty-eight (48) hours.

7. The defendant shall not knowingly and intentionally be in the presence of anyone who is illegally selling, using or distributing a controlled substance and is such activity commences when he is present, the defendant must use his best efforts to leave the location.

8. The defendant shall permit a probation officer to visit him at home between the hours of 8:00 a.m. and 10:00 p.m.

9. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

10. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a General Equivalency Degree (GED) preparation course and obtain his GED within the first year of supervision.

The defendant shall enroll in an approved job skill training program within the first six (6) months of supervision at the direction of the probation officer.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | NONE | NONE |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 5400 Federal Plaza, Suite 2300, Hammond, IN 46320. The special assessment payment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

No restitution imposed.

Defendant: DRAKKAR BOYD  Page 7 of 8
Case Number: 2:15CR59-001

## FORFEITURE

The defendant shall forfeit the defendant's interest in the following property to the United States:

One J.C. Higgins Sears Roebuck and Co. Model 583.17, 12 gauge bolt action shotgun and six shotgun shells.

Name: <u>DRAKKAR BOYD</u>
Docket No.: <u>2:15CR59-001</u>

# ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

     Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

     I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein.  These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed)

_____      _____
Defendant                                                           Date

_____      _____
U.S. Probation Officer/Designated Witness      Date