**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    Plaintiff,<br><br>vs.<br><br>**DRAKKAR BOYD**<br><br>    Defendant. | **CASE NUMBER: 2:15CR59-001**<br>**USM Number: 14193-027**<br><br>**MATTHEW D SOLIDAY - FCD**<br>**DEFENDANT'S ATTORNEY** |

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of Mandatory Condition Number.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Violation 2 of Mandatory Condition Number 1 | The defendant shall not commit another federal, state or local crime.<br>Violation: (Grade B Violation) On September 5, 2018, the defendant committed the offense of Resisting Law Enforcement (Level 6 Felony), in violation of Indiana Code 35-44-3-3(h2), as evidenced by the defendant's arrest by the Hammond Police Department and subsequent charges filed on September 6, 2018 in Lake County Superior Court, docket number 45G03-1809-F6-000958. | September 5, 2018 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

June 13, 2019
Date of Imposition of Judgment

s/ Philip P. Simon
Signature of Judge

Philip P. Simon, United States District Judge
Name and Title of Judge

June 21, 2019
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **8 months.**

The Court makes the following recommendations to the Bureau of Prisons:

    That the defendant be incarcerated at the federal facility located in Pekin, Illinois and later to be placed in a transitional facility such as a half-way house as near to Northwest Indiana as possible.

The defendant is REMANDED to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL

Case Number: 2:15CR59-001
Defendant: DRAKKAR BOYD                                                Page 3 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **12 months.** The same conditions as originally imposed shall be in effect.

Name: <u>DRAKKAR BOYD</u>
Docket No.: <u>2:15CR59-001</u>

## ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____    _____
Defendant                                                                Date


_____    _____
U.S. Probation Officer/Designated Witness              Date