**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>        Plaintiff,<br><br>vs.<br><br>**DRAKKAR BOYD**<br><br>        Defendant. | **CASE NUMBER: 2:15CR59-001**<br><br>**USM Number: 14193-027**<br><br><br>**MATTHEW D. SOLIDAY**<br>**DEFENDANT'S ATTORNEY** |

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of Discretionary Conditions Numbered 2, 7 and 10 and Special Condition of the term of supervision..

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Violation #1 and Violation #2 of Discretionary Condition #2. | Discretionary Condition #2 – The dft shall report to the probation officer in the manner and as frequently as reasonably directed by the court or probation officer during normal business hours.<br>Violation #1 - Grade C: On June 11, 2020, US Probation Officer Rue Pattison left the dft a voicemail asking for a return call back. The dft did not return the call as instructed.<br>Violation #2 – Grade C: On June 18, 2020, US Probation Officer Rue Pattison left the dft a voicemail asking for a return call back. The dft did not return the call as instructed. | June 11, 2020 and June 18, 2020 |
| Violation #1 of Discretionary Condition #7. | Discretionary Condition #7 – the dft shall not knowingly and intentionally be in the presence of anyone who is illegally selling, using or distributing a controlled substance and if such activity commences when he is present, the dft must immediately leave the location.<br>Violation #1 – Grade C: On March 13, 2020, the dft reported to his probation officer that he was in a vehicle with other people that were smoking marijuana while on the way to his appointment at the probation office. | March 13, 2020 |
| Violation #1 of Discretionary Condition #10 | Discretionary Condition #10 - The dft shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.<br>Violation #1 - Grade C: On or about June 14, 2020, the dft had contact with the Hammond Police Dept when he was pulled over as the driver of vehicle and it was discovered that he was driving without a valid driver's license. The dft failed to notify his probation officer. | June 14, 2020 |

| Violation #2 of Discretionary Condition #10 | Discretionary Condition #10 - The dft shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.<br>Violation #2 Grade C - On or about June 24, 2020, the dft had contact with the East Chicago Police Dept when he was pulled over for failing to completely stop at a stop sign and it was then discovered that he was driving without a valid driver's license. The dft failed to notify his probation officer. | June 24, 2020 |
|---|---|---|
| Violation #1 of the Special Condition | Special Condition - the dft shall participate in a General Equivalency Degree (GED) preparation course and obtain his GED within the first year of supervision. Violation #1 - As of June 29, 2020, the dft had yet to enroll in a GED preparation course. | June 29, 2020 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining allegations in the petition and not listed on this judgment are dismissed on the motion of the United States.

April 16, 2021
Date of Imposition of Judgment

s/ Philip P. Simon
Signature of Judge

Philip P. Simon, United States District Judge
Name and Title of Judge

April 20, 2021
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **11 months.**

The Court makes the following recommendations to the Bureau of Prisons:

    That the defendant be given credit for time served.

The defendant is REMANDED to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

                                                                             UNITED STATES MARSHAL

                                              By: _____
                                                      DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

NO term of supervised release is imposed following the term of incarceration.